UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVALYN PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD G. VINCENT, Seller Representative, <br><br> Defendant. | Case No.: 20cv2267-RSH(KSC) <br><br> **ORDER GRANTING THE PARTIES' JOINT MOTION FOR CONTINUANCE OF EXPERT DISCOVERY, PRE-TRIAL MOTIONS, AND THE MANDATORY SETTLEMENT CONFERENCE [Doc. No. 75.]** <br><br> **SECOND UPDATED SCHEDULING ORDER FOLLOWING RE-ASSIGNMENT OF CASE TO THE HON. ROBERT S. HUIE** |

Before the Court is a Joint Motion filed by the parties seeking minor adjustments to the current Scheduling Order because of an expert's illness and a conflict on defense counsel's schedule.[1] Good cause appearing, the parties' Joint Motion is GRANTED. [Doc. No. 75.]

---

[1] The parties' Joint Motion also seeks clarification as to the deadline for filing motions *in limine* and requests leave to exceed the page limitations when filing pre-trial motions. As outlined below, a schedule for filing motions *in limine* will be set during the

1

Accordingly, the remaining dates and deadlines in the case are as follows:

1. The deadline for completing expert discovery is extended to **_August 16, 2022_** for the sole purpose of completing the deposition of expert witness, Dr. Lee Simon.

2. The Mandatory Settlement Conference has been re-scheduled for **_August 22, 2022_** at **_9:30 a.m._** before Magistrate Judge Karen S. Crawford.  Counsel or any party representing himself or herself shall submit confidential settlement briefs to efile_crawford@casd.uscourts.gov chambers by **_August 15, 2022_**.  The Court will host the Mandatory Settlement Conference via Zoom.  A separate order will be issued outlining the procedures to be followed for all parties to participate in the conference via Zoom.

3. All other pretrial motions, including those addressing *Daubert* issues related to dispositive motions must be filed by **_August 24, 2022_**.  Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  The time between the date you request a hearing on a motion and the hearing date may vary from one district judge to another.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard.

4. Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Civil Local Rule 16.1(f)(2) by **_October 27, 2022_**.

5. Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **_November 3, 2022_**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

6. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **_November 10, 2022_**.  At this meeting, counsel shall discuss and attempt to enter into

---

final Pre-Trial Conference.  Requests for leave to exceed page limitations must be made directly to the judge hearing the motion.  In this case, pre-trial motions will be heard by the Hon. Robert S. Huie.

1  stipulations and agreements resulting in simplification of the triable issues. Counsel shall
2  exchange copies and/or display all exhibits other than those to be used for impeachment.
3  The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall
4  note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ.
5  P. 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial
6  conference order.

7       7.    Counsel for plaintiff will be responsible for preparing the pretrial order and
8  arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  By
9  ***November 17, 2022***, plaintiff's counsel must provide opposing counsel with the proposed
10 pretrial order for review and approval.  Opposing counsel must communicate promptly
11 with plaintiff's attorney concerning any objections to form or content of the pretrial
12 order, and both parties shall attempt promptly to resolve their differences, if any,
13 concerning the order.

14       8.    The Proposed Final Pretrial Conference Order, including objections to any
15 other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served, and
16 lodged with the assigned district judge by ***December 1, 2022***, and shall be in the form
17 prescribed in and comply with Local Rule 16.1(f)(6).

18       9.    The final Pretrial Conference is scheduled on the calendar of the Honorable
19 Robert S. Huie on ***December 8, 2022*** at ***1:30 p.m***.  The Court will set a trial date during
20 the pretrial conference.  ***The Court will also schedule a motion in limine hearing date***
21 ***during the pretrial conference.***

22       10.    The parties must review the chambers' rules for the assigned District Judge
23 and Magistrate Judge.

24       11.    A post trial settlement conference before a magistrate judge may be held
25 within 30 days of verdict in the case.

26       12.    The dates and times set forth herein will not be modified except for good
27 cause shown.
28 / / /

13. Briefs or memoranda in support of or in opposition to all motions noticed for the same motion day shall not exceed twenty-five (25) pages in length, per party, without leave of the judge who will hear the motion. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

14. All other terms and conditions of prior Scheduling Orders remain in full force and effect.

IT IS SO ORDERED.

Dated: July 28, 2022

Hon. Karen S. Crawford
United States Magistrate Judge