UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVALYN PHARMA, INC.,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>　v.<br><br>RICHARD G. VINCENT,<br><br>　　　　　Defendant/Counter-Claimant. | Case No.: 20-cv-2267-RSH-KSC<br><br>**ORDER GRANTING AVALYN'S MOTION TO EXTEND THE TEMPORARY STAY OF THIS ACTION**<br><br>[ECF No. 289] |

　　　After first staying this action on May 13, 2024, at the Parties' request pending the execution of a settlement agreement, the Court on June 17, 2024, granted the Parties' joint request to extend the stay until June 28, 2024. ECF Nos. 286, 288. On June 28, 2024, Avalyn Pharma, Inc., filed a motion to further extend the stay until July 12, 2024, because it "needs additional time to discuss the remaining issues [of dispute between the Parties] with its decision makers." ECF No. 289 at 1–2. Richard G. Vincent opposes an extension past July 3, 2024, because he "believes that it is more than feasible for the parties to finalize the agreement by July 3, and that an extension until July 12 is unnecessary." ECF No. 290 at 1.

1    For good cause, the Court **GRANTS** Avalyn Pharma, Inc.'s motion and **EXTENDS**
2    the stay in this action until July 12, 2024, pending execution of the Parties' settlement
3    agreement and submission of a joint motion to dismiss.
4        **IT IS SO ORDERED**.
5    Dated:  July 1, 2024

                                        */s/ Robert S. Huie*
                                        Hon. Robert S. Huie
                                        United States District Judge